UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| ROBERTA FEINSTEIN, *et al*, | § | |
| | § | |
| Plaintiffs, | § | |
| VS. | § | CIVIL ACTION NO. 4:14-CV-521 |
| | § | |
| EAGLE ROCK ENERGY PARTNERS, LP, *et al*, | § | |
| | § | |
| | § | |
| Defendants. | § | |

**ORDER CONSOLIDATING RELATED ACTIONS, APPOINTING MAXIE L. BRADFORD AS LEAD PLAINTIFF AND APPROVING SELECTION OF COUNSEL**

Having considered Maxie L. Bradford's Motion for Consolidation, Appointment as Lead Plaintiff and Approval of Selection of Counsel (the "Motion") and Declaration of Paul T. Warner in support thereof, and good cause appearing therefore, the Court ORDERS as follows:

1. The Motion is GRANTED;

2. Pursuant to Rule 42(a) of the Federal Rules of Civil Procedure, the Related Actions are hereby consolidated as *In re Eagle Rock Energy Partners, L.P. Securities Litigation*, Master File No. 4:14-cv-00521;

3. Pursuant to the Private Securities Litigation Reform Act of 1995, 15 U.S.C. §78u-4(a)(3)(B), Maxie L. Bradford is hereby appointed Lead Plaintiff; and

4. Pursuant to 15 U.S.C. §78u-4(a)(3)(B)(v), Robbins Geller Rudman & Dowd LLP and Kahn Swick and Foti, LLC are hereby appointed Co-Lead Counsel and The Warner Law Firm is hereby appointed Liaison Counsel.

SIGNED on this 7th day of August, 2014.

_____
Kenneth M. Hoyt
United States District Judge