UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| ROBERTA FEINSTEIN, *et al*, | § § § | |
| Plaintiffs, | § | |
| VS. | § § | CIVIL ACTION NO. 4:14-CV-521 |
| EAGLE ROCK ENERGY PARTNERS, LP, *et al*, | § § § | |
| Defendants. | § § § | |

## ORDER

The lead plaintiff in the above styled and numbered cause of action has filed a notice of voluntary dismissal pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure. After having considered the notice, the Court hereby DISMISSES without prejudice the lead plaintiff, Maxie L. Bradford from this action.

It is so ORDERED.

SIGNED on this 19th day of November, 2014.

_____
Kenneth M. Hoyt
United States District Judge